IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| ANTHONY SUMMERS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:14cv161 |
| UNKNOWN PARTIES | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Anthony Summers, an inmate at the Lewis Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge entered a report which recommends this lawsuit be dismissed as barred by 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.

---

[1] A copy of the report mailed to plaintiff was returned to the Court on April 7, 2014 with the notation "discharged."

1

A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the **16** day of **April, 2014.**

_____
Thad Heartfield
United States District Judge